AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.  3:17-03440-JMC |
| | ) |
| Samuel F. Crews, III and Elizabeth W. Crews | ) |
| *Defendants* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☒ the plaintiff, United States of America recover from the defendants, Jeffrey P. Clark and Cathy M. Clark on Count I the amount of Seventy-Seven Thousand, Seven Hundred Eighty-Three and 87/100 dollars ($77,783.87) for unpaid federal income taxes, interest, and penalties as of June 5, 2018, for the tax years 2005 and 2007, plus fees and statutory additions thereon as provided by law from June 5, 2018, to the date of payment in full pursuant to 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6621-22.

☒ the plaintiff, United States of America recover from the defendant, Cathy M. Clark on Count II the amount of Fifty-Seven Thousand, Nine Hundred Sixteen and 70/100 dollars ($57,916.70) for unpaid federal civil penalties and interest as of June 5, 2018, for the tax years 2004 through 2008, plus fees and statutory additions thereon as provided by law from June 5, 2018, to the date of payment in full pursuant to 28 U.S.C. §1961(c)(1) and 26 U.S.C. §§ 6621-22.

☒ the plaintiff, United States of America recover from the defendant, Jeffrey P. Clark on Count II the amount of Sixty-Four Thousand, Nine Hundred Fifteen and 72/100 dollars ($64,915.72) for unpaid federal civil penalties and interest as of June 5, 2018, for the tax years 2004 through 2008, plus fees and statutory additions thereon as provided by law from June 5, 2018, to the date of payment in full pursuant to 28 U.S.C. §1961(c)(1) and 26 U.S.C. §§ 6621-22.

☒ decided by the Honorable J. Michelle Childs, United States District Court Judge presiding. The court having granted the Plaintiff's motion for default judgment.

Date:  March 12, 2019                                                             *CLERK OF COURT*

                                                                                               s/Angie Snipes
                                                                             _____
                                                                             *Signature of Clerk or Deputy Clerk*